UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:                                                        Chapter 11

                                                           Case No. 11-10723 (SHL)

**Lehr Construction Corp.**

                                       Debtor.

---------------------------------------------------------x

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

      Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Lehr Construction Corp.

1.     Robert Samuels, Inc.
   253 West 35th Street
   New York, NY 10001
   Attention: David I. Samuels, Executive Vice President
   Telephone: (212) 645-5150

2.     Superior Acoustics, Inc.
   148 Madison Avenue
   Suite 600
   New York, NY 10016
   Attention: Kenneth McGuffan, President
   Telephone: (212) 685-4681

3.     Marlin, Inc.
   352 Seventh Avenue
   New York, NY 10007
   Attention: Richard Pellino, Vice President
   Telephone: (212) 967-2121

4.     Rockmor Electric Enterprises, Inc.
   1042 39th Street
   Brooklyn, NY 11219
   Attention: Martin Rutowski, Vice President
   Telephone: (718) 633-3700
                   (917) 617-3751

5. BP Mechanical Corp.
83-40 72nd Drive
Glendale, NY 11385
Attention: Steven Heiderstadt, President
Jonathan Nast, Controller
Telephone: (718) 383-2100

Dated: New York, New York
March 11, 2011

          TRACY HOPE DAVIS
          UNITED STATES TRUSTEE

By: /s/ Susan D. Golden
     Susan D. Golden
     Trial Attorney
     33 Whitehall Street, 21st Floor
     New York, New York 10004
     Tel. No. (212) 510-0500