KLESTADT & WINTERS, LLP  
Tracy L. Klestadt  
Sean C. Southard  
Fred Stevens  
570 Seventh Avenue, 17th Floor  
New York, New York 10018  
(212) 972-3000  

*Proposed Counsel to the Official Committee of*  
   *Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------x  

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| LEHR CONSTRUCTION CORP., : | |
| : | Case No. 11-10723 (SHL) |
| Debtor. : | |

-----------------------------------------------------------x  

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Klestadt & Winters, LLP ("K&W") hereby appears in the above-captioned debtor's (the "Debtor") case as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee")[1].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Bank. P. 2002 and 9007, demand is made that all notices given or required to be given, and all papers served or required to be served, be given and served upon the following:

> KLESTADT & WINTERS, LLP  
> 570 Seventh Avenue, 17th Floor  
> New York, New York 10018  
> Attention: Tracy L. Klestadt  
>            Sean C. Southard  
>            Fred Stevens  
> Tel: (212) 972-3000  
> Fax: (212) 972-2245  

---

[1] On March 11, 2011, the United States Trustee appointed (i) Robert Samuels, Inc., (ii) Superior Acoustics, Inc., (iii) Marlin, Inc., (iv) Rockmor Electric Enterprises, Inc., and (v) BP Mechanical Corp., to the Official Committee of Unsecured Creditors for Lehr Construction Corp. On March 15, 2011, the Committee selected Klestadt & Winters, LLP, as its counsel, subject to the approval of this Court.

Email: tklestadt@klestadt.com
ssouthard@klestadt.com
fstevens@klestadt.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but, without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, facsimile, electronic mail or otherwise, which seek to affect in any way any rights or interests of the Debtor or Committee.

Dated: New York, New York
March 18, 2011

KLESTADT & WINTERS, LLP

By: */s/Fred Stevens*
Tracy L. Klestadt
Sean C. Southard
Fred Stevens
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*