UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                           :

In re                                                    :     Chapter 11

LEHR CONSTRUCTION CORP.,             :

                                                   :     Case No. 11-10723 (SHL)

          Debtor.                      :

-------------------------------------------------------------- x

**ORDER SHORTENING TIME PURSUANT TO RULE 9006(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE WITH RESPECT TO DEBTOR'S MOTION, PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 6004 AND 9014, FOR AUTHORIZATION TO SELL AN ASSET OF THE DEBTOR, SUBJECT TO HIGHER OR OTHERWISE BETTER BIDS, FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES**

Upon the motion dated May 3, 2011 (the "Motion to Shorten Time") of the above-captioned debtor and debtor-in-possession (the "Debtor"), seeking entry of an order shortening time for notice of hearing on the Debtor's motion dated May 3, 2011 (the "Motion"),[1] pursuant to § 363 of chapter 11, title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order authorizing the Debtor to sell its right, title, and interest in those certain unused hours available for aircraft use pursuant to the Marquis Jet Cards; and upon the Affidavit of James A. Beldner, annexed to the Motion to Shorten Time as Exhibit A; and the Court having subject matter jurisdiction to consider the Motion to Shorten Time and the relief requested therein pursuant to 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion to Shorten Time and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

---

[1]     Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Motion.

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no notice of the relief requested in the Motion to Shorten Time need be provided; and it appearing that the legal and factual bases set forth in the Motion to Shorten Time establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion to Shorten Time is granted as set forth herein; and it is further

ORDERED that the twenty-one (21) day notice period, otherwise applicable, be shortened to seventeen (17) days, pursuant to Bankruptcy Rule 9006(c)(1); and it is further

ORDERED that the hearing to consider approval of the relief requested in the Motion shall be held on **May 20, 2011 at 10:00 a.m. (Prevailing Eastern Time**), before the Honorable Sean H. Lane, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, or as soon thereafter as the Debtor may be heard; and it is further

ORDERED that the deadline for service and filing of objections to the Motion shall be **May 17, 2011 at 4:00 p.m. (Prevailing Eastern Time)**.


Dated: **May 11, 2011**
      New York, New York

                                            */s/ Sean H. Lane*
                                            HONORABLE SEAN H. LANE
                                            UNITED STATES BANKRUPTCY JUDGE