UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x  Case No. 11-10723 (SHL)

In re

              Chapter 11

LEHR CONSTRUCTION CORP.,

      Debtor.

---------------------------------------------------------x

## ORDER DIRECTING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the motion of the United States Trustee and the consent of the Debtor and the Official Committee of Unsecured Creditors, upon due notice, it appearing that the appointment of a Chapter 11 Trustee is in the best interest of creditors of the estate, it is hereby

ORDERED, that the United States Trustee appoint a Chapter 11 Trustee, with all of the powers authorized under 11 U.S.C. § 1104.

Dated: New York, New York
   **May 11, 2011**

                    */s/ Sean H. Lane*
                    HONORABLE SEAN H. LANE