UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re                                  : Case No. 11-10723 (SHL)
                                       :
LEHR CONSTRUCTION CORP,                : Chapter 11
                                       :
                    Debtor.            :
                                       :
------------------------------------------------------x

## ORDER APPROVING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the application of the United States Trustee; and it appearing that Jonathan L. Flaxer, a disinterested person as set forth in 11 U.S.C. § 101(14), has been appointed by the United States Trustee in the above-captioned Chapter 11 case; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the appointment of Jonathan L. Flaxer, as Chapter 11 Trustee is approved pursuant to 11 U.S.C. § 1104(d).

Dated: New York, New York
       **May 16, 2011**

                                         */s/ Sean H. Lane*
                                         HONORABLE SEAN H. LANE
                                         BANKRUPTCY JUDGE