Douglas L. Furth, Esq.
Dallas L. Albaugh, Esq.
Michael S. Weinstein, Esq.
GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

*Proposed Counsel for Jonathan L. Flaxer, Esq.,
Chapter 11 Trustee for Lehr Construction Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
In re                                         :      Chapter 11
                                              :
LEHR CONSTRUCTION CORP.,                      :      Case No. 11-10723 (SHL)
                                              :
            Debtor.                           :
                                              :
------------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON FRIDAY, MAY 20, 2011

Time and Date of Hearing:    **May 20, 2011** at **10:00 a.m.** (Prevailing Eastern Time) (the "Hearing")

Location of Hearing:    Judge Sean H. Lane's Courtroom, **Room TBD**[1], United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004

Copies of Pleadings:    A copy of each of the pleadings may be viewed on the Court's website at www.ecf.nysb.uscourts.gov and on the Debtor's website: http://www.omnimgt.com/sblite/lehr

I.    **UNCONTESTED MATTERS**

  1.   Debtor's Motion for Authorization to Sell an Asset of the Debtor, Subject to Higher or Otherwise Better Bids, Free & Clear of all Liens, Claims & Encumbrances (re: Marquis Jet Cards) (Docket No. 174)

       Related Documents:    Notice (Docket No. 194); Ex Parte Motion for Order Shortening Time With Respect to Debtor's Motion, Pursuant to Section 363 of the

---

[1] The Court is unable to confirm a courtroom at this time. Please see courtroom assignment to be posted outside of the Judge's chambers, Room 708.

*534791.1*

Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 9014, For Authorization to Sell an Asset of the Debtor, Subject to Higher or Otherwise Better Bids, Free and Clear of All Liens, Claims, and Encumbrances filed by James A. Beldner on behalf of Lehr Construction Corp. (Docket No. 175); Order Shortening Time, With Respect To Debtor's Motion For Authorization To Sell An Asset Of The Debtor, Subject To Higher Or Otherwise Better Bids, Free And Clear Of All Liens, Claims, And Encumbrances, Entered On 5/11/2011 (Docket No. 190).

Response Deadline: May 17, 2011 at 4:00 p.m. (Prevailing Eastern Time)

Response(s) Received: None.

Status: The hearing on this matter is going forward.

## II. ADJOURNED MATTERS

2. Protective Motion of Munich Reinsurance America, Inc. for Order (A) Modifying Automatic Stay and (B) Granting Certain Related Relief (Docket No. 144).

    Related Documents: Notice of Adjournment of Hearing on Protective Motion of Munich Reinsurance America, Inc. for an Order (A) Modifying the Automatic Stay, if Applicable; and (B) Granting Certain Related Relief filed by Adam H. Isenberg on behalf of Munich Reinsurance America, Inc. with hearing to be held on 6/3/2011 at 11:00 AM at Courtroom 701 (Docket No. 200).

    Status: This matter has been adjourned to June 3, 2011 at 11:00 a.m.

3. (FINAL HEARING) Debtor's Emergency Motion and Memorandum of Law for Interim and Final (i) Approval of Postpetition Financing, (ii) Authority to Use Cash Collateral, (iii) Granting of Certain Liens, (iv) Granting Adequate Protection, and (v) Modifying the Automatic Stay (Docket No. 63) (the "DIP Motion")

    Related Documents: Interim Order (Docket No. 73) (the "Interim Order"); proposed Second Interim Order (Docket No. 150) (the "Proposed Second Interim Order").

    Response(s) Received: Limited Objection filed by F&G Mechanical Corporation and Meadowlands Fire Protection (Docket No. 69); Joinder to Limited Objection (Docket No. 70); Limited Objection filed by Capital One, N.A. (Docket No. 71).

    Status: This matter has been adjourned. The Trustee will provide the Court with a status update on this matter.

Dated: New York, New York
May 18, 2011

Respectfully Submitted,

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 907-7300
Facsimile: (212) 754-0330


By: /s/ Douglas L. Furth
Douglas L. Furth, Esq.
Dallas L. Albaugh, Esq.
Michael S. Weinstein, Esq.

*Proposed Counsel for Jonathan L. Flaxer, Esq.,
Chapter 11 Trustee for Lehr Construction Corp.*