<u>**Exhibit I**</u>

**MONTHLY INVOICE STATEMENTS**



**MAROTTA GUND BUDD & DZERA, LLC**

(212) 818-1555
www.mgbd.com

**New York**
747 Third Avenue
35th Floor
New York, NY 10017

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

June 19, 2014

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423          Invoice # 0000691-IN**

For services rendered with respect to Lehr Construction Corp., for the period May 1, 2014 through
May 31, 2014.

| | |
|---|---|
| Fees<br>(See Schedule A, attached) | $18,502.50 |
| Less: Fee Discount | (1,850.25) |
| Total Fees | 16,652.25 |
| Out-of-Pocket & Direct Expenses<br>(See Schedule B, attached) | 180.00 |
| Total | $16,832.25 |

Attachments    (Schedules A & B)

## SCHEDULE A

### FEES

#### May 1, 2014 through May 31, 2014

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Philip Gund | $700 | 11.2 | $7,840.00 |
| Richard Altman | $575 | 6.3 | 3,622.50 |
| Andrew Maldonado | $275 | 25.6 | 7,040.00 |
|  |  | 43.1 | $18,502.50 |

## SCHEDULE B

## OUT-OF-POCKET & DIRECT EXPENSES

### May 1, 2014 through May 31, 2014

Fax, Copy, Telephone, Delivery & Car Service            $180.00



**New York**
747 Third Avenue
35th Floor
New York, NY 10017

MAROTTA GUND BUDD & DZERA, LLC

(212) 818-1555
www.mgbd.com

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

July 14, 2014

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423         Invoice # 0000705-IN**

For services rendered with respect to Lehr Construction Corp., for the period June 1, 2014 through
June 30, 2014.

| | |
|---|---|
| Fees (See Schedule A, attached) | $31,340.00 |
| Less: Fee Discount | (3,134.00) |
| Total Fees | 28,206.00 |
| Out-of-Pocket & Direct Expenses (See Schedule B, attached) | 43.40 |
| Total | $28,249.40 |

Attachments    (Schedules A & B)

## SCHEDULE A

### FEES

#### June 1, 2014 through June 30, 2014

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Philip Gund | $700 | 23.1 | $16,170.00 |
| Richard Altman | $575 | 22.7 | 13,052.50 |
| Andrew Maldonado | $275 | 7.7 | 2,117.50 |
| | | 53.5 | $31,340.00 |

## SCHEDULE B

## OUT-OF-POCKET & DIRECT EXPENSES

## June 1, 2014 through June 30, 2014

Fax, Copy, Telephone, Delivery & Car Service                $43.40



**New York**
747 Third Avenue
35th Floor
New York, NY 10017

MAROTTA GUND BUDD & DZERA, LLC

(212) 818-1555
www.mgbd.com

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

August 12, 2014

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER      E.I.N. 22-3775423**          **Invoice # 0000712-IN**

For services rendered with respect to Lehr Construction Corp., for the period July 1, 2014 through
July 31, 2014.

| | |
|---|---|
| Fees (See Schedule A, attached) | $19,460.00 |
| Less: Fee Discount | (1,946.00) |
| Total Fees | 17,514.00 |
| Out-of-Pocket & Direct Expenses (See Schedule B, attached) | 5.80 |
| Total | $17,519.80 |

Attachments     (Schedules A & B)

## SCHEDULE A

### FEES

#### July 1, 2014 through July 31, 2014

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Philip Gund | $700 | 7.0 | $4,900.00 |
| Richard Altman | $575 | 13.7 | 7,877.50 |
| Andrew Maldonado | $275 | 24.3 | 6,682.50 |
|  |  | 45.0 | $19,460.00 |

## SCHEDULE B

### OUT-OF-POCKET & DIRECT EXPENSES

### July 1, 2014 through July 31, 2014

Fax, Copy, Telephone, Delivery & Car Service          $5.80



## MGBD

MAROTTA GUND BUDD & DZERA, LLC

**New York**
747 Third Avenue
35th Floor
New York, NY 10017

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

(212) 818-1555
www.mgbd.com

September 15, 2014

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423          Invoice # 0000737-IN**

For services rendered with respect to Lehr Construction Corp., for the period August 1, 2014 through
August 31, 2014.

| | |
|---|---|
| Fees<br>(See Schedule A, attached) | $33,937.50 |
| Less: Fee Discount | (3,393.75) |
| Total Fees | 30,543.75 |
| Out-of-Pocket & Direct Expenses<br>(See Schedule B, attached) | 5.80 |
| Total | $30,549.55 |

Attachments    (Schedules A & B)

### SCHEDULE A

### FEES

### August 1, 2014 through August 31, 2014

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Richard Altman | $575 | 29.8 | $17,135.00 |
| Andrew Maldonado | $275 | 61.1 | 16,802.50 |
| | | 90.9 | $33,937.50 |

## SCHEDULE B

## OUT-OF-POCKET & DIRECT EXPENSES

## August 1, 2014 through August 31, 2014

Fax, Copy, Telephone, Delivery & Car Service        $5.80



**MGBD**

MAROTTA GUND BUDD & DZERA, LLC

(212) 818-1555
www.mgbd.com

**New York**
747 Third Avenue
35th Floor
New York, NY 10017

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

October 14, 2014

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423          Invoice # 0000755-IN**

For services rendered with respect to Lehr Construction Corp., for the period September 1, 2014 through September 30, 2014.

| | |
|---|---|
| Fees (See Schedule A, attached) | $8,450.00 |
| Less: Fee Discount | (845.00) |
| Total Fees | 7,605.00 |
| Out-of-Pocket & Direct Expenses (See Schedule B, attached) | 2.80 |
| Total | $7,607.80 |

Attachments    (Schedules A & B)

## SCHEDULE A

## FEES

### September 1, 2014 through September 30, 2014

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Philip Gund | $700 | 2.3 | $1,610.00 |
| Richard Altman | $575 | 5.2 | 2,990.00 |
| Andrew Maldonado | $275 | 14.0 | 3,850.00 |
|  |  | 21.5 | $8,450.00 |

## SCHEDULE B

## OUT-OF-POCKET & DIRECT EXPENSES

### September 1, 2014 through September 30, 2014

Fax, Copy, Telephone, Delivery & Car Service                $2.80



**New York**
747 Third Avenue
35th Floor
New York, NY 10017

MAROTTA GUND BUDD & DZERA, LLC

(212) 818-1555
www.mgbd.com

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

November 13, 2014

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423    Invoice # 0000765-IN**

For services rendered with respect to Lehr Construction Corp., for the period October 1, 2014 through
October 31, 2014.

| | |
|---|---|
| Fees | $1,437.50 |
| (See Schedule A, attached) | |
| Less: Fee Discount | (143.75) |
| Total | $1,293.75 |

Attachment    (Schedule A)

## SCHEDULE A

## FEES

### October 1, 2014 through October 31, 2014

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Richard Altman | $575 | 2.5 | $1,437.50 |



**MGBD**

MAROTTA GUND BUDD & DZERA, LLC

(212) 818-1555
www.mgbd.com

**New York**
747 Third Avenue
35th Floor
New York, NY 10017

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

December 11, 2014

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423**          **Invoice # 0000783-IN**

For services rendered with respect to Lehr Construction Corp., for the period November 1, 2014 through
November 30, 2014.

| | |
|---|---|
| Fees (See Schedule A, attached) | $28,487.50 |
| Less: Fee Discount | (2,848.75) |
| Total Fees | 25,638.75 |
| Out-of-Pocket & Direct Expenses (See Schedule B, attached) | 3.40 |
| Total | $25,642.15 |

Attachments    (Schedules A & B)

## SCHEDULE A

### FEES

### November 1, 2014 through November 30, 2014

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Philip Gund | $700 | 7.4 | $5,180.00 |
| Richard Altman | $575 | 8.3 | 4,772.50 |
| Andrew Maldonado | $275 | 67.4 | 18,535.00 |
| | | 83.1 | $28,487.50 |

## SCHEDULE B

## OUT-OF-POCKET & DIRECT EXPENSES

## November 1, 2014 through November 30, 2014

Fax, Copy, Telephone, Delivery & Car Service            $3.40



**MGBD**

MAROTTA GUND BUDD & DZERA, LLC

(212) 818-1555
www.mgbd.com

**New York**
747 Third Avenue
35th Floor
New York, NY 10017

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

January 20, 2015

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423**          **Invoice # 0000805-IN**

For services rendered with respect to Lehr Construction Corp., for the period December 1, 2014 through
December 31, 2014.

| | |
|---|---|
| Fees<br>(See Schedule A, attached) | $25,817.50 |
| Less: Fee Discount | (2,581.75) |
| Total | $23,235.75 |

Attachment    (Schedule A)

## SCHEDULE A

### FEES

### December 1, 2014 through December 31, 2014

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Philip Gund | $700 | 5.0 | $3,500.00 |
| Richard Altman | $575 | 3.9 | 2,242.50 |
| Andrew Maldonado | $275 | <u>73.0</u> | <u>20,075.00</u> |
| | | <u>81.9</u> | <u>$25,817.50</u> |



**MAROTTA GUND BUDD & DZERA, LLC**

(212) 818-1555
www.mgbd.com

**New York**
747 Third Avenue
35th Floor
New York, NY 10017

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

February 19, 2015

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER     E.I.N. 22-3775423          Invoice # 0000823-IN**

For services rendered with respect to Lehr Construction Corp., for the period January 1, 2015 through
January 31, 2015.

| | |
|---|---|
| Fees (See Schedule A, attached) | $31,620.00 |
| Less: Fee Discount | (3,162.00) |
| Total Fees | 28,458.00 |
| Out-of-Pocket & Direct Expenses (See Schedule B, attached) | 1.50 |
| Total | $28,459.50 |

Attachments     (Schedules A & B)

## SCHEDULE A

## FEES

### January 1, 2015 through January 31, 2015

| NAME | RATE | HOURS | FEES |
|---|---|---|---|
| Richard Altman | $600 | 3.8 | $2,280.00 |
| Andrew Maldonado | $300 | 97.8 | 29,340.00 |
| | | 101.6 | $31,620.00 |

## SCHEDULE B

## OUT-OF-POCKET & DIRECT EXPENSES

## January 1, 2015 through January 31, 2015

Fax, Copy, Telephone, Delivery & Car Service            $1.50



**MGBD**

MAROTTA GUND BUDD & DZERA, LLC

**New York**
747 Third Avenue
35th Floor
New York, NY 10017

(212) 818-1555
www.mgbd.com

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

March 11, 2015

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423**          **Invoice # 0000841-IN**

For services rendered with respect to Lehr Construction Corp., for the period February 1, 2015 through
February 28, 2015.

| | |
|---|---|
| Fees (See Schedule A, attached) | $39,525.00 |
| Less: Fee Discount | (3,952.50) |
| Total Fees | 35,572.50 |
| Out-of-Pocket & Direct Expenses (See Schedule B, attached) | 15.60 |
| Total | $35,588.10 |

Attachments    (Schedules A & B)

## SCHEDULE A

### FEES

#### February 1, 2015 through February 28, 2015

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Philip Gund | $725 | 5.4 | $3,915.00 |
| Richard Altman | $600 | 16.9 | 10,140.00 |
| Andrew Maldonado | $300 | 84.9 | 25,470.00 |
| | | 107.2 | $39,525.00 |

## SCHEDULE B

## OUT-OF-POCKET & DIRECT EXPENSES

## February 1, 2015 through February 28, 2015

Fax, Copy, Telephone, Delivery & Car Service          $15.60



**MGBD**

MAROTTA GUND BUDD & DZERA, LLC

**New York**
747 Third Avenue
35th Floor
New York, NY 10017

(212) 818-1555
www.mgbd.com

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

April 13, 2015

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423        Invoice # 0000860-IN**

For services rendered with respect to Lehr Construction Corp., for the period March 1, 2015 through
March 31, 2015.

| | |
|---|---|
| Fees (See Schedule A, attached) | $28,140.00 |
| Less: Fee Discount | (2,814.00) |
| Total Fees | 25,326.00 |
| Out-of-Pocket & Direct Expenses (See Schedule B, attached) | 12.90 |
| Total | $25,338.90 |

Attachments    (Schedules A & B)

## SCHEDULE A

### FEES

### March 1, 2015 through March 31, 2015

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Richard Altman | $600 | 15.4 | $9,240.00 |
| Andrew Maldonado | $300 | 63.0 | 18,900.00 |
| | | 78.4 | $28,140.00 |

## SCHEDULE B

## OUT-OF-POCKET & DIRECT EXPENSES

## March 1, 2015 through March 31, 2015

Fax, Copy, Telephone, Delivery & Car Service          $12.90



**New York**
747 Third Avenue
35th Floor
New York, NY 10017

MAROTTA GUND BUDD & DZERA, LLC

(212) 818-1555
www.mgbd.com

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

May 13, 2015

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423        Invoice # 0000872-IN**

For services rendered with respect to Lehr Construction Corp., for the period April 1, 2015 through April 30, 2015.

| | |
|---|---|
| Fees | $4,290.00 |
| (See Schedule A, attached) | |
| Less: Fee Discount | (429.00) |
| Total | $3,861.00 |

Attachment    (Schedule A)

## SCHEDULE A

### FEES

### April 1, 2015 through April 30, 2015

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Richard Altman | $600 | 4.9 | $2,940.00 |
| Andrew Maldonado | $300 | 4.5 | 1,350.00 |
| | | 9.4 | $4,290.00 |



**New York**
747 Third Avenue
35th Floor
New York, NY 10017

MAROTTA GUND BUDD & DZERA, LLC

(212) 818-1555
www.mgbd.com

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

June 12, 2015

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER   E.I.N. 22-3775423                    Invoice # 0000879-IN**

For services rendered with respect to Lehr Construction Corp., for the period May 1, 2015 through
May 31, 2015.

| | |
|---|---|
| Fees | $39,300.00 |
| (See Schedule A, attached) | |
| Less: Fee Discount | (3,930.00) |
| Total | $35,370.00 |

Attachment     (Schedule A)

## SCHEDULE A

### FEES

#### May 1, 2015 through May 31, 2015

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Richard Altman | $600 | 20.0 | $12,000.00 |
| Andrew Maldonado | $300 | 91.0 | 27,300.00 |
|  |  | 111.0 | $39,300.00 |



**MGBD**

MAROTTA GUND BUDD & DZERA, LLC

**New York**
747 Third Avenue
35th Floor
New York, NY 10017

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

(212) 818-1555
www.mgbd.com

July 15, 2015

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423            Invoice # 0000902-IN**

For services rendered with respect to Lehr Construction Corp., for the period June 1, 2015 through
June 30, 2015.

|  |  |
|---|---|
| Fees | $50,557.50 |
| (See Schedule A, attached) | |
| Less: Fee Discount | (5,055.75) |
| Total | $45,501.75 |

Attachment    (Schedule A)

## SCHEDULE A

### FEES

#### June 1, 2015 through June 30, 2015

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Philip Gund | $725 | 13.5 | $9,787.50 |
| Richard Altman | $600 | 7.7 | 4,620.00 |
| Andrew Maldonado | $300 | 120.5 | 36,150.00 |
| | | 141.7 | $50,557.50 |



**MAROTTA GUND BUDD & DZERA, LLC**

(212) 818-1555
www.mgbd.com

**New York**
747 Third Avenue
35th Floor
New York, NY 10017

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

August 17, 2015

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423        Invoice # 0000907-IN**

For services rendered with respect to Lehr Construction Corp., for the period July 1, 2015 through
July 31, 2015.

| | |
|---|---|
| Fees | $49,600.00 |
| (See Schedule A, attached) | |
| Less: Fee Discount | (4,960.00) |
| Total Fees | 44,640.00 |
| Out-of-Pocket & Direct Expenses | 61.40 |
| (See Schedule B, attached) | |
| Total | $44,701.40 |

Attachments    (Schedules A & B)

## SCHEDULE A

### FEES

### July 1, 2015 through July 31, 2015

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Philip Gund | $725 | 5.6 | $4,060.00 |
| Richard Altman | $600 | 8.3 | 4,980.00 |
| Andrew Maldonado | $300 | 135.2 | 40,560.00 |
|  |  | 149.1 | $49,600.00 |

## SCHEDULE B

## OUT-OF-POCKET & DIRECT EXPENSES

### July 1, 2015 through July 31, 2015

Fax, Copy, Telephone, Delivery & Car Service          $61.40



**New York**
747 Third Avenue
35th Floor
New York, NY 10017

MAROTTA GUND BUDD & DZERA, LLC

(212) 818-1555
www.mgbd.com

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

September 23, 2015

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423**          **Invoice # 0000921-IN**

For services rendered with respect to Lehr Construction Corp., for the period August 1, 2015 through
August 31, 2015.

| | |
|---|---|
| Fees <br> (See Schedule A, attached) | $30,925.00 |
| Less: Fee Discount | (3,092.50) |
| Total Fees | 27,832.50 |
| Out-of-Pocket & Direct Expenses <br> (See Schedule B, attached) | 30.40 |
| Total | $27,862.90 |

Attachments    (Schedules A & B)

## SCHEDULE A

### FEES

### August 1, 2015 through August 31, 2015

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Philip Gund | $725 | 7.4 | $5,365.00 |
| Richard Altman | $600 | 5.4 | 3,240.00 |
| Andrew Maldonado | $300 | 74.4 | 22,320.00 |
| | | 87.2 | $30,925.00 |

## SCHEDULE B

## OUT-OF-POCKET & DIRECT EXPENSES

## August 1, 2015 through August 31, 2015

Fax, Copy, Telephone, Delivery & Car Service          $30.40



**MGBD**

MAROTTA GUND BUDD & DZERA, LLC

(212) 818-1555
www.mgbd.com

**New York**
747 Third Avenue
35th Floor
New York, NY 10017

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

October 15, 2015

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423        Invoice # 0000937-IN**

For services rendered with respect to Lehr Construction Corp., for the period September 1, 2015 through September 30, 2015.

| | |
|---|---|
| Fees (See Schedule A, attached) | $12,160.00 |
| Less: Fee Discount | (1,216.00) |
| Total Fees | 10,944.00 |
| Out-of-Pocket & Direct Expenses (See Schedule B, attached) | 13.20 |
| Total | $10,957.20 |

Attachments    (Schedules A & B)

## SCHEDULE A

### FEES

#### September 1, 2015 through September 30, 2015

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Philip Gund | $725 | 9.2 | $6,670.00 |
| Richard Altman | $600 | 1.0 | 600.00 |
| Andrew Maldonado | $300 | 16.3 | 4,890.00 |
|  |  | 26.5 | $12,160.00 |

## **SCHEDULE B**

### **OUT-OF-POCKET & DIRECT EXPENSES**

### **September 1, 2015 through September 30, 2015**

Fax, Copy, Telephone, Delivery & Car Service        $13.20



**MGBD**

MAROTTA GUND BUDD & DZERA, LLC

(212) 818-1555
www.mgbd.com

**New York**
747 Third Avenue
35th Floor
New York, NY 10017

**New Jersey**
800 Lanidex Plaza
Suite 210
Parsippany, NJ 07054

November 3, 2015

Jonathan L. Flaxer
Lehr Construction Corp.
437 Madison Avenue
c/o Golenbock Eiseman Assor Bell & Peskoe
New York, NY 10022

**PLEASE REMIT VIA WIRE TRANSFER    E.I.N. 22-3775423          Invoice # 0000947-IN**

For services rendered with respect to Lehr Construction Corp., for the period October 1, 2015 through
October 31, 2015.

| | |
|---|---|
| Fees | $13,672.50 |
| (See Schedule A, attached) | |
| Less: Fee Discount | (1,367.25) |
| Total Fees | 12,305.25 |
| Out-of-Pocket & Direct Expenses | 116.70 |
| (See Schedule B, attached) | |
| Total | $12,421.95 |

Attachments    (Schedules A & B)

## SCHEDULE A

### FEES

### October 1, 2015 through October 31, 2015

| NAME | RATE | HOURS | FEES |
|------|------|-------|------|
| Philip Gund | $725 | 3.3 | $2,392.50 |
| Richard Altman | $600 | 12.6 | 7,560.00 |
| Andrew Maldonado | $300 | 12.4 | 3,720.00 |
| | | 28.3 | $13,672.50 |

## **SCHEDULE B**

## **OUT-OF-POCKET & DIRECT EXPENSES**

## **October 1, 2015 through October 31, 2015**

Fax, Copy, Telephone, Delivery & Car Service                    $116.70